UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Azjhane Hayes, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 08-2938 (SRC) |
| : | |
| City of East Orange, et al., : | AMENDED SCHEDULING ORDER |
| : | |
| Defendants. : | |

**THIS MATTER** having come before the Court for a settlement conference on April 9, 2010; and for good cause shown,

**IT IS on this 12th day of April, 2010**,

**ORDERED THAT:**

1. The final pretrial conference previously scheduled for **May 7, 2010** at **3:00 p.m.** has been converted into a settlement conference before the Undersigned. <u>Trial counsel and clients with full settlement authority must attend the settlement conference in person.</u> By **April 30, 2010**, each side must submit an updated, ex parte, confidential settlement position letter setting forth each party's settlement position, including offers and demands. The letter should not exceed five (5) pages and shall be faxed to (973) 645-4412.

2. A Final Pretrial Conference shall be conducted pursuant to Civil Rule 16(d) on **June 17, 2010 at 2:00 p.m.** Counsel must submit a joint proposed final pretrial order by **May 28, 2010**.

s/ Michael A. Shipp
**HONORABLE MICHAEL A. SHIPP**
**United States Magistrate Judge**